# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

October 18, 2006

**Before**

Hon. JOHN L. COFFEY*, Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 05-1706

| | |
|---|---|
| CORIOLAN OTRAVA,<br>　　　*Petitioner*, | Petition for Review of an Order of the<br>Board of Immigration Appeals |
| *v.* | |
| | No. A95-585-345 |
| ALBERTO R. GONZALES,<br>　　　*Respondent*. | |

## O R D E R

The October 17, 2006 Order in this case is amended as follows:

On page 4, the second to the last line of the first paragraph, the citation should read:

*Balogun v. Ashcroft*, 374 F.3d 492, 498 (7th Cir. 2004)